# United States District Court
## Violation Notice

CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6938950 | Garciadecalba | CS-81 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/16/2023  1240 ~~1330~~ | 102-74.380 |

Place of Offense

720 San Ysidro Blvd. San Ysidro CA 92173

Offense Description: Factual Basis for Charge — HAZMAT

Stealing property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Baldwin | Mario | A |

Street Address: [REDACTED]

Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. Broadway, San Diego CA 92101

Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Defendant Signature: [signature]

Rev. 09/2015      Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 August, 20 23 while exercising my duties as a law enforcement officer in the Southern District of California.

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/16/23    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident